IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00786-AP

DANIEL A. MARTINEZ,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

> For Plaintiff:
> WILLIAM E. BENJAMIN
> 5350 Manhattan Circle, Suite 105
> Boulder, CO 80303
> (303) 442-9005
> (303) 442-2345 (fax)
> E-mail: wbenjaminlaw@ecentral.com
>
> For Defendant:
> DEBRA J. MEACHUM
> Special Assistant United States Attorney
> *Mailing Address:*
> 1961 Stout Street, Suite 1001A
> Denver, Colorado  80294
> (303) 844-1570
> (303) 844-0770 (fax)
> E-mail: debra.meachum@ssa.gov
> *Street Address*:
> United States Attorney's Office
> 1225 Seventeenth Street, Suite 700
> Denver, Colorado  80202
> Telephone:  (303) 454-0100

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:   04/18/2007**

    B.    **Date Complaint Was Served on U.S. Attorney's Office:   04/25/2007**

    C.    **Date Answer and Administrative Record Were Filed:   06/26/2007**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    The parties state that the record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

    The parties state that there is no additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    The parties state that this case raises no unusual claims or defenses.

**7. OTHER MATTERS**    None.

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:   09/14/2007**

    B.    **Defendant's  Response Brief Due:   10/15/2007**

    C.    **Plaintiff's  Reply Brief (If Any) Due:   10/31/2007**

## 9. STATEMENTS REGARDING ORAL ARGUMENT

The parties do not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A. ( X ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B. (   ) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 17th day of July, 2007.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

                                                UNITED STATES ATTORNEY

| | |
|---|---|
| s/ William E. Benjamin | s/ Debra J. Meachum |
| WILLIAM E. BENJAMIN | Special Assistant U.S. Attorney |
| 5350 Manhattan Circle, Suite 105 | |
| Boulder, CO 80303 | *Mailing Address:* |
| (303) 442-9005 | 1961 Stout St., Suite 1001A |
| (303) 442-2345 (fax) | Denver, Colorado  80294 |
| E-mail: wbenjaminlaw@ecentral.com | Telephone:  (303) 844-1570 |
| | |
| Attorney for Plaintiff | *Street Address:* |
| | United States Attorney's Office |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, Colorado  80202 |
| | Telephone:  (303) 454-0100 |
| | |
| | Attorney for Defendant(s) |